PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Report Date: October 3, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 03 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

---

Name of Offender: Marbella Hernandez Hernandez      Case Number: 2:11CR02023-001

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson

Date of Original Sentence: 8/9/2011                  Type of Supervision: Supervised Release

Original Offense: Use of an Unlawfully Issued        Date Supervision Commenced: 8/9/2011
Immigration Document, 18 U.S.C. § 1546(b)

Original Sentence: Prison - 4 Days; TSR - 36 Months  Date Supervision Expires: 8/8/2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Ms. Hernandez disclosed on September 28, 2011, that her husband has left her and she is overwhelmed. She is having a difficult time coping with all of the stress related to the lose of her relationship, caring for her two sons, working and not having a support system. She expressed that she is feeling depressed and hopeless. She requested she be referred for counseling services to assist her with her emotionality and help her learn some new coping skills.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3 oct. 11

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

October 3, 2011
Date